FILED

09 NOV 19 PM 1:57

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**UNITED STATES OF AMERICA**

-vs-

**Case Number: 2:07-CR-154-FTM-29DNF**

**GUADALUPE PEQUENO, JR.**

**USM Number: 45816-179**

Frank Zaremba, FPD
1514 Broadway, Ste. 301
Fort Myers, FL 33901

---

## JUDGMENT IN A CRIMINAL CASE
## For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to notify ten days prior to any change in residence in violation of Conditions Six of the Standard Conditions of Supervision | May 13, 2009 |
| Two | Failure to reside in a Residential Re-entry Center in violation of the Special Conditions | May 18, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/19/2009

John E. Steele

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

November 19, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 Months**. The Court recommends to the Bureau of Prisons:

Incarceration in a facility close to home (Labelle, Florida)

**It is FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________

at ______________________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By:______________________________
Deputy U.S. Marshal